# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Elvis Wells,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Brian Williams, et al.,<br><br>　　　　　　Respondents. | Case No.: 2:19-cv-522-APG-VCF<br><br>**ORDER GRANTING ENLARGEMENT OF TIME**<br><br>[ECF No. 6] |

　　　The respondents' motion to enlarge time (ECF No. 6) to file their response to the petition is GRANTED. The respondents' response is due by July 31, 2019.

　　　Dated: June 3, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE