# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELVIS WELLS, | Case No. 2:19-cv-00522-APG-VCF |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | (ECF No. 10) |
| Respondents. | |

Respondents' third Motion for Enlargement of Time **(ECF No. 10) is GRANTED**. Respondents have until October 15, 2019, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

Dated: September 13, 2019.

    ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1