# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELVIS WELLS, | Case No. 2:19-cv-00522-APG-VCF |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, et al., | (ECF No. 23) |
| Respondents. | |

The respondents' first Motion for Enlargement of Time **(ECF No. 23) is GRANTED**. The respondents have until December 5, 2019, to file a reply in support of the Motion to Dismiss (ECF No. 12).

Dated: November 19, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE