**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ELVIS WELLS,

        Petitioner,

v.

BRIAN WILLIAMS, et al.,

        Respondents.

Case No. 2:19-cv-00522-APG-VCF

**ORDER**

(ECF No. 30)

    I HEREBY ORDER that the respondents' motion for enlargement of time **(ECF No. 30) is GRANTED**. The respondents have until November 30, 2020 to answer the remaining Ground 1 of the Petition for Writ of Habeas Corpus (ECF No. 1).

    Dated: October 26, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1